IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGELA C. FREEMAN,

        Plaintiff,

   v.

JO ANNE BARNHART,
Commissioner of Social
Security Administration

        Defendant.

Civil No. 04-6351-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on September 2, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation #14. The Commissioner's decision is REVERSED and this matter is REMANDED for an immediate award of benefits.

1 - ORDER

IT IS SO ORDERED.

DATED this  11  day of October,

                               /s/  Malcolm F. Marsh
                               Malcolm F. Marsh
                               United States District Judge